**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MANOJ AGGARWAL, *et al*                    :
    Plaintiffs                         :
                                       :
                                       :
v.                                         :    Case No. **1:12-cv-60**
                                       :
OM SIKKA, *et al*                          :
    Defendants                         :

**LINE DISMISSING CASE AGAINST DEFENDANTS
SETHI & RAHEJA & BUSINESS BROKERS USA, INC. WITH PREJUDICE
BY CONSENT AFTER SERVICE**

Please dismiss the above-captioned case with prejudice against Defendants Maninder

Singh Sethi and Surinder Singh Raheja and Business Brokers, USA, Inc. with prejudice.  These

Defendants consent to this dismissal.       Respectfully submitted,



      /s/ Thomas F. DeCaro, Jr.
      Thomas F. DeCaro, Jr. #34649
      Attorney for Plaintiffs
      14406 Old Mill Rd. #201
      Upper Marlboro, MD 20772
      301-464-1400 phone
      301-464-4776 fax
      tfd@erols.com  E-mail

*So Ordered*

4/12/12

T. S. Ellis, III
United States District Judge

## CERTIFICATE OF SERVICE

I, Thomas F. DeCaro, Jr. do hereby certify that on April 12, 2012, I did serve via PACER electronic delivery, a copy of the aforegoing Motion to Dismiss to:

Stuart Schwager
Lerch, Early & Brewer
Suite 460
3 Bethesda Metro Center
Bethesda, MD 20814-5353

Kenneth Curtis
Allred, Bacon, Halfhill & Young
Suite 700
11350 Random Hills Road
Fairfax, VA 22030

Peter Rim
Lohrmann & Rim, PC
Suite 506
7700 Little River Tpk
Annandale, VA 22003


*/s/ Thomas F. DeCaro, Jr.*
Thomas F. DeCaro, Jr.