IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MANOJ AGGARWAL, et al.                          )
        Plaintiffs,                            )
                                 )
        v.                                    )        Case No. 1:12cv0060
                                 )
OM SIKKA, et al.                                )
        Defendants.                            )

## ORDER

The matter came before the Court on defendants' motions for summary judgment (Docs.

144, 153, and 155). The motions have been fully briefed and argued.[1]

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that defendants' motions are **GRANTED IN PART** and

**DEFERRED IN PART**. The Nasr defendants' motion is **GRANTED** as to Count Three and the

Sikka defendants' motion, the Nasr defendants' motion, and Petroleum Marketing Group's

motion are **GRANTED** as to Count Five. Defendants' motions are **DEFERRED** in all other

respects.

It is further **ORDERED** that the parties are **DIRECTED** to file, by 5:00 p.m.

Wednesday, February 6, 2013, pleadings stating whether they wish the remaining claims to be

resolved by this Court or alternatively, to be dismissed without prejudice such that they may be

filed in state court.

---

[1] Although Count Four was dismissed on defendant's earlier motion to dismiss, plaintiffs have
pled the count again in their Second Amended Complaint. *See Aggarwal v. Sikka*, 1:12cv60
(E.D.Va. June 12, 2012) (Order). Because Count Four has already been dismissed, it no longer
remains a part of this case and was not considered for summary judgment.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
February 1, 2013

/s/

T. S. Ellis, III
United States District Judge