**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **MANOJ AGGARWAL** *et al,* | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No. **1:12-cv-60** |
| | : | |
| **OM SIKKA** *et al.* | : | |
| Defendants | : | |
| | : | |

**MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs hereby move to dismiss this case without prejudice pursuant to 28 USC §1367(c) pursuant to the Court's Order of February 1, 2013.

Respectfully submitted,

*/s/ Thomas F. DeCaro, Jr.*
Thomas F. DeCaro, Jr.
Attorney for
14406 Old Mill Rd. #201
Upper Marlboro, MD 20772
301-464-1400 phone
301-464-4776 fax
tfd@erols.com   E-mail

**CERTIFICATE OF SERVICE**

I, Thomas F. DeCaro, Jr. do hereby certify that on February 6, 2013, I did serve, via CM/ECF electronic delivery a copy of the aforegoing

Stuart Schwager
Lerch, Early & Brewer
Suite 460
3 Bethesda Metro Center
Bethesda, MD 20814-5353

Kenneth Curtis
Allred, Bacon, Halfhill & Young
Suite 700
11350 Random Hills Road
Fairfax, VA 22030

Peter Rim
Lohrmann & Rim, PC
Suite 506
7700 Little River Tpk
Annandale, VA 22003

                                                        */s/ Thomas F. DeCaro, Jr.*
                                                        Thomas F. DeCaro, Jr.