IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MANOJ AGGARWAL, et al. )
    Plaintiffs, )
)
v. ) Case No. 1:12cv0060
)
OM SIKKA, et al. )
    Defendants. )

FILED FEB - 7 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

The matter is before the Court on plaintiffs' motion to dismiss without prejudice (Doc. 182). In response to an earlier Order, the parties have submitted briefs discussing whether dismissal of this case pursuant to 28 U.S.C. § 1367(c) is appropriate.

After thorough and careful consideration of all the facts in this case, a sound exercise of discretion requires that no dismissal pursuant to 28 U.S.C. § 1367(c) is warranted.

Accordingly,

It is hereby **ORDERED** that plaintiffs' motion to dismiss without prejudice is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
February 7, 2013

/s/
T. S. Ellis, III
United States District Judge